UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY DOCKET UNIT
2026 JAN 29 PM 1:29

EDWARD O'HARA, Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE LXS 2006-12 N TRUST

JANUARY 29, 2026

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Edward O'Hara ( "Plaintiff") pursuant to Federal Rule of Civil Procedure 65, respectfully moves this court for the entry of a Temporary Restraining Order ( "TRO") and a Preliminary Injunction against defendant U.S. Bank National Association as Trustee for the LXS 2006-12 N Trust ( "Defendant").Plaintiff seeks an order enjoining Defendant , its agents attorneys, and all persons acting in concert with it , from taking any further steps to prosecute, enforce, or otherwise proceed with the state foreclosure action styled U. S. Bank National Association as trustee for the LXS 2006-12N Trust v, O'Hara, Francis, O'Hara, Edward, et al, Docket No. FST CV 13 6020232 S (the "State Foreclosure Action"), including but not limited to scheduling or conduction a foreclosure sale, or setting a "law date" (for transfer of the property) located at 1414 King Street Greenwich Ct , or taking any action to evict Plaintiff from the property, pending the resolution of this federal action.

This motion is filed contemporaneously with Plaintiff's Complaint and is based upon the allegations contained therein, the attached exhibits, and the following Memorandum of

Law. As demonstrated herein, Plaintiff is entitled to immediate injunctive relief because he has a strong likelihood of succeeding on the merits of his claim that the State Foreclosure Action is void ab initio, and that he will suffer the irreparable harm of losing the family's 29 years of residence home if an injunction is not issued.

Dated : January 29, 2026

Respectfully submitted,

Edward O'Hara

Edward O'Hara
1414 King Street, Greenwich Ct 06831
T: 203.550.1701, eo.greenwichaltcapital@gmail.com

January 29, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON January 29, 2026, I filed the foregoing with the Clerk of Court and that a true and correct copy has been served via US Mail to :

Luke Rappaport, Hinshaw and Culbertson, LLP. 800 Third Ave. 37th flr. New York NY

Edward O'Hara

Edward O'Hara 1414 King St., Greenwich CT 06831. 203.550.1701,

eo.greenwichaltcapital@gmail.com