UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD O'HARA,

                Plaintiff,

-against-

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE LXS 2006-12 N TRUST,

                Defendant.

26 CIVIL 00862 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 9, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 10, 2026

        New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                Chief United States District Judge